# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-20328
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 27, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JEREMIAH LENEAL ROBINSON,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CR-103-2

Before DAVIS, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Jeremiah Leneal Robinson appeals the district court's denial of his motion to reconsider its detention order pending sentencing following his guilty plea to possessing a firearm after having been convicted of a misdemeanor crime of domestic violence. Robinson was ordered detained after the district court found that he was a danger to the community.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-20328

Unless there is clear and convincing evidence that Robinson presents no risk of danger to any person or to the community, presentence detention is mandated. *See* 18 U.S.C. § 3143(a). We review the district court's ruling for an abuse of discretion. *See United States v. Olis*, 450 F.3d 583, 585 (5th Cir. 2006). Robinson fails to show by clear and convincing evidence that he is not a danger to the community. Moreover, the evidence strongly supports the finding that he presents a risk of danger. Evidence established that Robinson pleaded guilty to a firearms offense, had been convicted of misdemeanor domestic violence, and sold illegal drugs and firearms while on probation in the months preceding his arrest. Accordingly, the district court did not abuse its discretion by denying release on bail pending sentencing.

AFFIRMED.